IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORY MARSHALL,<br><br>              Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | **8:23CV129**<br><br>**ORDER** |

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis. Filing No. 2. The plaintiff asks that he not be required to pay the filing fee nor the cost of summonses in this case. The Court has carefully reviewed the request and accompanying documents and finds the motion should be granted.

THEREFORE, IT IS ORDERED THAT

1. Plaintiff is granted leave to proceed in forma pauperis and shall not be required to pay the filing fee in this case.

2. The Clerk of Court shall file Plaintiff's complaint and issue the summonses as requested.

3. The United States Marshall is ordered to serve the summonses with a copy of the complaint and this Order on the Defendants.

Dated this 12th day of April, 2023.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge